IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25cr778 |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| vs. | ) | 18 U.S.C. § 2252A(b)(1) |
| | ) | 18 U.S.C. § 2253 |
| | ) | 18 U.S.C. § 2461(c) |
| | ) | |
| **ROBERT JOHN MAY, III,** | ) | |
| a.k.a. "joebidennnn69", | ) | |
| a.k.a. "Eric Rentling" | ) | **SEALED INDICTMENT** |

COUNT ONE
(Distribution of Child Pornography)

THE GRAND JURY CHARGES

That on or about April 3, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "69c0" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

JUN 10 2025 PM 2:49
RCV'D - USDC G'VILLE SC

COUNT TWO
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 3, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "5841" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

COUNT THREE
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 3, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "13c8" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 3, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "7018" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 1, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "3a7a" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT SIX
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 1, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "2928" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT SEVEN
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 1, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "73d2" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT EIGHT
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 1, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "63e8" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT NINE
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 3, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "d8e0" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

<u>COUNT TEN</u>
(Distribution of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That on or about April 4, 2024, in the District of South Carolina, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; specifically, the defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** sent a video file ending in "eaab" using the Kik application to another user of the Kik application known to the grand jury;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

# FORFEITURE

DISTRIBUTION OF CHILD PORNOGRAPHY:

Upon conviction for violation of Title 18, United States Code, Section 2252A as charged in this Indictment, the Defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",** shall forfeit to the United States his interest in:

(1) Any visual depiction described in section 2251, 2251A, 2252, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

(2) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

PROPERTY:

The property subject to forfeiture pursuant to Title 18, United States Code, Sections 2253 and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

    A. Electronic Equipment:

        (1) Samsung SM-G781U1 cellular phone
            IMEI: 351675643599503

        (2) Lenovo laptop
            Serial Number: YB09592371

        (3) One Sandisk MicroSD card with adapter

    B. Forfeiture Judgment:

        A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of Title 18.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

All pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c).

A _____Tmc_____ BILL



FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *Scott Matthews*
J. Scott Matthews (Fed. ID #13779)
Dean H. Secor (Fed. ID #7315)
Assistant United States Attorneys
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone 803-929-3000
Facsimile 803-256-0233
Email: Jonathan.Matthews2@usdoj.gov

Austin M. Berry
Trial Attorney
Child Exploitation & Obscenity Section,
US. Department of Justice, Criminal Division
1301 New York Ave. NW
Washington, D.C. 20005
Email: Austin.Berry2@usdoj.gov