## RECORD OF GRAND JURY BALLOT

C/R  3:25cr778

UNITED STATES OF AMERICA v. ROBERT JOHN MAY, III a/k/a "joebidennnn69", a/k/a "Eric Rentling",

(SEALED UNTIL FURTHER ORDER OF THE COURT)