IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25cr 778 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT JOHN MAY, III, | ) | |
| a.k.a. "joebidennnn69", | ) | **ORDER FOR** |
| a.k.a. "Eric Rentling" | ) | **BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the defendant, ROBERT JOHN MAY, III, a.k.a. "joebidennnn69", a.k.a. "Eric Rentling" as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

June ___10___, 2025

Greenville, South Carolina

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
J. Scott Matthews (#13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: Jonathan.Matthews2@usdoj.gov