3:25-cr-00778-CRI *SEALED*    Date Filed 06/10/25    Entry Number 7    Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

FIO 11020589

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL
4:18 pm, Jun 11 2025
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

ROBERT JOHN MAY, III
a/k/a "joebidennnn69",
a/k/a "Eric Rentling"

*Defendant*

Case No. 3:25-778

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2252A(a)(2)
Title 18, United States Code, Section 2252A(b)(1)
Title 18, United States Code, Section 2253
Title 28, United States Code, Section 2461(c)

Date:    6/10/2025

City and state:    Columbia, South Carolina

s/Karen Boston
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

*Printed name and title*

### Return

This warrant was received on *(date)* 06/11/2025, and the person was arrested on *(date)* 6/11/2025
at *(city and state)* West Columbia, SC

Date: 6/12/25

Britton B. Lorenzen
*Arresting officer's signature*

Britton B. Lorenzen
*Printed name and title*