IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CR. NO. 3:25-778 |
| | ) | |
| | ) | MOTION FOR DISCLOSURE OF INTENT |
| -vs- | ) | TO USE EVIDENCE OF WRONGS, OR |
| | ) | ACTS UNDER FEDERAL RULES OF |
| | ) | EVIDENCE RULE 404(B) |
| ROBERT JOHN MAY, III | ) | |
| | ) | |

The defendant, **ROBERT JOHN MAY, III**, through his undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

                                                Respectfully submitted,

                                                s/Jenny D. Smith
                                                Assistant Federal Public Defender
                                                Federal Public Defender's Office
                                                1901 Assembly Street, Suite 200
                                                Columbia, South Carolina 29201
                                                (803) 765-5076
                                                Attorney ID No. 10803
                                                jenny_d_smith@fd.org

Columbia, South Carolina

June 24, 2025