IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| THE UNITED STATES OF AMERICA | ) | CR. NO. 3:25-778 |
|---|---|---|
| | ) | |
| | ) | MOTION TO DISCLOSE INTENTION TO |
| -vs- | ) | USE EVIDENCE |
| | ) | (RULE 12(B)(4), FED. R. CRIM. P.) |
| | ) | |
| ROBERT JOHN MAY, III | ) | |

To:  J. Scott Matthews, Assistant United States Attorney

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the defendant, **ROBERT JOHN MAY, III**, will appear before the United States Court for the District of South Carolina at such place and at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, that the Court order the Government to notify the defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

                                                    Respectfully submitted,

                                                    s/Jenny D. Smith
                                                    Assistant Federal Public Defender
                                                    Federal Public Defender's Office
                                                    1901 Assembly Street, Suite 200
                                                    Columbia, South Carolina 29201
                                                    (803) 765-5076
                                                    Attorney ID No. 10803
                                                    jenny_d_smith@fd.org

Columbia, South Carolina

June 24, 2025