IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:25-CR-778-CMC |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| ROBERT JOHN MAY, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Undersigned counsel respectfully requests that this Court enter his appearance as counsel for the Defendant in this matter. Counsel's representation will be in addition to the representation provided by Assistant Federal Public Defender Jenny D. Smith.

                              Respectfully submitted,

                              s/ Jeremy A. Thompson
                              Jeremy A. Thompson (#10342)
                              Assistant Federal Public Defender
                              Office of the Federal Public Defender
                              1901 Assembly Street, Suite 200
                              Columbia, SC  29201
                              803-765-5077
                              Jeremy_Thompson@fd.org
                              ATTORNEY FOR THE DEFENDANT

This 24th day of June, 2024.