IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | Cr. No. 3:24-778-CMC |
| v. | |
| ROBERT JOHN MAY, III, | ORDER |
| Defendant. | |

This matter came before the court on the defendant's first motion for a continuance of this case until the next term of court. The government consented to the continuance on the record.

The defendant represented to the court that he consents to the continuance and that he understands the time occasioned by this delay will be excluded from consideration under 18 U.S.C. § 3161, et seq., The Speedy Trial Act.

Therefore, based on the reasons set forth in open court, the court finds this continuance is justified under the provisions of Title 18, United States Code, § 3161(h)(7)(A), and the court specifically finds that the ends of justice are best served by the granting of this continuance and outweigh the interest of the defendant and the public in a more speedy disposition of this case.

**IT IS THEREFORE ORDERED** that the trial of this case is continued until the court's next term and that any period of delay is excluded in computing the time within which trial must begin pursuant to Title 18, United States Code, § 3161(h)(7)(A).

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
August 20, 2025