AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cr-00778-CMC |
| Robert John May, III | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/29/2025

s/ Elliott B. Daniels
*Attorney's signature*

Elliott B. Daniels - 11931
*Printed name and bar number*

1441 Main Street, Suite 500
Columbia, South Carolina 29201
*Address*

Elliott.Daniels@usdoj.gov
*E-mail address*

(803) 929-3000
*Telephone number*

(803) 256-0233
*FAX number*