IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

VS

CR NO. **3:25-778**

**ROBERT JOHN MAY, III,**
a/k/a "joebidennnn69"
a/k/a "Eric Rentling"

# PLEA

The defendant, **ROBERT JOHN MAY, III, a/k/a "joebidennnn69" a/k/a "Eric Rentling"**, having withdrawn his plea of Not Guilty entered June 12, 2025, pleads **GUILTY** to Count **1, 2, 3, 4, and 5** of the **Indictment** after arraignment in open court.

(Signed) Defendant

Columbia, South Carolina
September 29, 2025