IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:25-cr-00778-CMC |
| ) | |
| vs. ) | |
| ) | |
| ROBERT JOHN MAY, III ) | |
| a/k/a "joebidennn69" ) | |
| a/k/a "Eric Rentling" ) | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE
## AS TO ROBERT JOHN MAY, III

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Robert John May, III ("May", "Defendant"), based on the Defendant's conviction of possession of child pornography in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

1

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:   *s/Carrie Fisher Sherard*
    Carrie Fisher Sherard #10134
    Assistant United States Attorney
    55 Beattie Place, Suite 700
    Greenville, SC 29601
    (864) 282-2100
    Carrie.A.Fisher@usdoj.gov

November 18, 2025

2